# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DOMENICA A. HALL, | : | |
| Plaintiff, | : | Case No. 3:03cv00207 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| JAMES D. ROCHE, Secretary,<br>Department of the United States<br>Air Force, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #52), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1.  The Report and Recommendations filed on April 27, 2005 (Doc. #52) is ADOPTED in full; and

2. Defendant's Motion to Dismiss (Doc. #29) is DENIED.

May 16, 2005                                s/**THOMAS M. ROSE**

                                            _____
                                               Thomas M. Rose
                                            United States District Judge